

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-26-00505-CV

**IN RE Rebecca DAVALOS**

Original Mandamus Proceeding[1]

Opinion by:    Rebeca C. Martinez, Chief Justice

Sitting:    Rebeca C. Martinez, Chief Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: July 29, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On June 25, 2026, relator filed a petition for writ of mandamus and an emergency motion for temporary relief. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that she is entitled to the relief sought.

---

[1] This proceeding arises out of Cause No. 2023-CI-07893, styled *In the Matter of in the Marriage of Anna Davalos and Rebecca Davalos and in the Interest of A.R.D., a Child*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Tina Torres presiding.

Relator's motion for temporary relief is DENIED AS MOOT. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

Rebeca C. Martinez, Chief Justice